IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAR 2 7 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JACK ABBOT GREBE, JR., | ) |
| Petitioner, | ) CASE NO: B-02-058 |
| vs. | ) Formerly: B-98-00415-02-S1 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

### MOTION FOR APPEARANCE PRO HAC VICE
### AND WAIVER OF LOCAL COUNSEL DESIGNATION

COMES NOW, Matthew M. Robinson, counsel for the Petitioner, Jack Grebe, and hereby requests that he be granted special or limited appearance as the attorney-in-charge in the above referenced case for the purpose of representing Mr. Grebe in a Federal Habeas proceeding under 28 U.S.C. § 2255 and that the normal requirement of local counsel designation be waived. In support thereof, counsel for the Petitioner sates as follows.

1. Petitioner, Jack Grebe, recently retained attorney, Matthew M. Robinson to serve as counsel for the limited purpose of filing a post-conviction motion pursuant to Title 28 U.S.C. § 2255, in the United States District Court for the Southern District of Texas.

2. Mr. Robinson is a practicing attorney duly admitted to the Bar of the State of Kentucky and the United States District Court for the Eastern District of Kentucky. Mr. Robinson is also admitted in the United States Courts of Appeals for the Second, Fifth, Sixth, Seventh and Eleventh Circuits. Further, Mr. Robinson attests that he is a member in good

standing of all listed.

3. Counsel would submit that he has accepted a relatively small fee for representation of Mr. Grebe and that the Petitioner is incarcerated and cannot afford to retain local counsel.

WHEREFORE, in view of the foregoing, counsel respectfully requests that this motion for leave to appear Pro Hac Vice and waiver of local counsel be granted.

Respectfully submitted,

ROBINSON BRANDT, Attorneys at Law

By _____
Matthew M. Robinson
Attorney for the Petitioner
Kentucy Bar No. 88750
11331 Grooms Rd., Suite 3000
Cincinnati, OH 45242
(513) 381-8033