*3*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JACK ABBOT GREBE, JR., | § | |
| | § | |
| Petitioner, | § | Civil |
| | § | ~~Criminal~~ Matter B-02-058 |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## ORDER

BE IT REMEMBERED that on April 8, 2002, the Court **GRANTED** Petitioner's Counsel Matthew Robinson's Motion for Appearance pro hac vice and Waiver of Local Counsel Designation [Dkt. No. 2]. The Court **ORDERS** Mr. Robinson to comply with the rules of the Southern District of Texas and this Court's Chamber Rules.

DONE this 8th day of April, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge