United States District Court
Southern District of Texas
ENTERED

JUL 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

TX/SD/JS-14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| **RECUSAL ORDER** | Case Number 1:02CV058 |
| Style | JACK ABBOT GREBE, JR.<br>VS<br>UNITED STATES OF AMERICA |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |
|  | *Signed:*<br>[signature]<br>Felix Recio<br>United States Magistrate Judge |
|  | Date:   July 15, 2002 |

| REASSIGNMENT | This case is reassigned to: |
|---|---|
|  | HILDA TAGLE<br>US DISTRICT JUDGE |
|  | **MICHAEL N. MILBY**<br>United States District Clerk |
|  | By: |
|  | Deputy Clerk |