IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | * | |
| | * | |
| Plaintiff-Respondent, | * | Case No. B-02cv58 |
| | * | |
| vs. | * | |
| | * | |
| Jack Abbott Grebe, Jr. | * | |
| | * | |
| Defendant-Petitioner. | * | |

## NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY

Jack Abbott Grebe, Jr., Jr., *pro se*, hereby gives notice of his intent to appeal the decision of this court, dated September 6, 2002, denying his petition pursuant to 28 U.S.C. § 2255. Petitioner requests a certificate of appealability in order to proceed to the court of appeals.

Respectfully submitted,

_____
Jack Abbott Grebe, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion for relief pursuant to 28 U.S.C. § 2255 and memorandum of law in support of that motion were served, via U.S. mail. this _1st_ day of ___October___, 2002, with sufficient postage to ensure delivery, upon Mervyn Milton Mosbacker, AUSA, 1036 E. Levee Street, Brownsville, TX 78520.

_____
Jack Abbott Grebe, Jr.

1