No. 02-41481

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JACK ABBOTT GREBE, JR

    Defendant - Appellant

United States District Court
Southern District of Texas
FILED

DEC 27 2002

Michael N. Milby
Clerk of Court

*CAB-02-58*

*CR-B-98-415-02*

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 23rd day of December, 2002, see FED. R. APP. P. 42(b).

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: _____
    Jodi Rodrigue, Deputy Clerk

FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____ Deputy

New Orleans, Louisiana

DEC 23 2002



Jack Abbott Grebe, Jr.
82283079 Karnes B
FCI Three Rivers
P.O. Box 4200
Three Rivers, Texas (78071)

09 DEC 02

**U.S. COURT OF APPEALS**
**FILED**
DEC 16 2002
**CHARLES R. FULBRUGE III**
**CLERK**

Mr Charles R. Fulbruge, III
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Case # 02-41481 USA v Grebe



Dear Sir:

I have made a mistake. I have appealed to the wrong court on the wrong matter. Please delete my case from the docket. My case number is 02-41481 USA v Grebe. The $105.00 fees were paid on 01 NOV 02 to the District Court for the Southern District of Texas. If there is a refund due me please remit to my account at FCI Three Rivers.

Thank you,

Jack A. Grebe, Jr.

*United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

December 23, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

**DEC 27 2002**

Michael N. Milby, Clerk of Court

No. 02-41481 USA v. Grebe
USDC No. B-02-CV-58
B-98-CR-415-2

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 17 ) Volumes    ( 2 ) Sealed Envelopes    ( 1 ) Box

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Jody Rodrigue, Deputy Clerk
504-310-7718

cc: w/encl:
    Mr Jack Abbott Grebe Jr
    Mr James Lee Turner

P.S. to Mr Grebe:  Any request to obtain a possible refund of the
MDT-1              $105 filing fees must be directed to the United
                   States District Court.